**ELECTRONIC RECORD** **782-15**

COA # 05-14-00382-CR          OFFENSE: 46.04

STYLE: Vincent Ray Settles v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:   AFFIRM          TRIAL COURT: Criminal District Court No. 3

DATE: 06/03/15          Publish: NO   TC CASE #:   F14-00085-J

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Vincent Ray Settles v. The State of Texas          CCA #: **782-15**
**783-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____